People v Jones (2024 NY Slip Op 04745)

People v Jones

2024 NY Slip Op 04745

Decided on October 01, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 01, 2024

Before: Moulton, J.P., Mendez, Higgitt, O'Neill Levy, Michael, JJ. 

Ind. No. 4877/04 Appeal No. 2665 Case No. 2021-04780 

[*1]The People of the State of New York, Respondent,
v
Ernest Jones, Defendant-Appellant.

Jenay Nurse Guilford, New York (Phoenix M. Rice-Johnson of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Jacob C. Marcus of counsel), for respondent.

Order, Supreme Court, New York County (Miriam R. Best, J.), entered on or about December 21, 2021, which, after a hearing, adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The mitigating factors cited by defendant, including his completion of sex offender treatment, his support network upon re-entry into the community, his "advancing" age, and his "moderate" risk score on the Static-99R risk assessment tool, were either adequately taken into account by the risk assessment instrument, or were not shown to reduce defendant's risk of reoffense. In any event, the mitigating factors were outweighed by the seriousness of the underlying sex offenses, where he violently raped two females, including a nine-year-old girl (see People v Muhammad, 221 AD3d 513, 514 [1st Dept 2023], lv denied 41 NY3d 904 [2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 1, 2024